IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

CATHERINE K. WOLLAM                          )
and AARON J. GREEBERG,                        )
                                             )
                    Plaintiffs,              )        TC-MD 120652C
                                             )
        v.                                   )
                                             )
DEPARTMENT OF REVENUE,                        )
State of Oregon,                             )
                                             )
                    Defendant.               )        **DECISION OF DISMISSAL**

        This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

        A case management conference was scheduled at 3:00 p.m. on August 21, 2012, to

consider Plaintiffs' appeal. On August 1, 2012, the court sent notice of the scheduled case

management conference to Plaintiffs at the email address Plaintiffs provided to the court. The

notice was not returned as undeliverable. The notice advised that if Plaintiffs did not appear, the

court might dismiss the appeal.

        On August 21, 2012, the court sent Plaintiffs a letter which explained the importance of

diligently pursuing an appeal. That letter was not returned as undeliverable. The letter advised

that if Plaintiffs did not provide a written explanation by September 5, 2012, for their failure to

appear, the court would dismiss the appeal. As of this date, Plaintiffs have not submitted a

written response to the court explaining their failure to appear at the August 21, 2012, case

management conference. Under such circumstances, the court finds the appeal must be

dismissed for lack of prosecution. Now, therefore,

/ / /

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ___ day of September 2012.


_____
ALLISON R. BOOMER
MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on September 7, 2012. The Court filed and entered this document on September 7, 2012.*

DECISION OF DISMISSAL  TC-MD 120652C                                                    2